UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Mary Ann Mynatt )
_____ )
_____ )
Name of plaintiff (s) )
)
v. )  Case No. 3:12-CV-303
)  (to be assigned by Clerk)
Morrison Mgt. Specialists, Inc )  Jordan/Guyton
)
Jennifer Nichols )
)
Cathy Sammons )
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I was discriminated against, wrongfully accused of thing's i did'nt do, And wrongfully terminated

2. Plaintiff, Mary Ann Mynatt resides at
424 Academy St. lot 6, Maynardville
street address                                city

Union , Tenn, 37807 , 865-258-1742
county        state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, Morrison Mgt. Specialists, Inc lives at, or its business is located at

<u>2400 Yorkmont Rd.</u>, <u>Charlotte</u>,
street address / city

<u>Mecklenberg</u>, <u>North Carolina</u>, <u>28217</u>.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

Jennifer Nichols 1901 Clinch Ave. Knoxville, Tenn, 37916
Cathy Sammons 1901 Clinch Ave. Knoxville, Tenn, 37916

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Defendant's discriminated against me. Harrassed me. And falsely accused me of thing's i did'nt do. Both defendant's were involved in it. And when i stated to them that i was going to call main office. an. Report them i was threatened with false time sheet that stated i had been absent and tardy and left work early. And i was wrongfully terminated for something i did'nt do.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. I ASK for any and all wages lost since i was terminated on 10-11-10
   b. pay medical bill's to have Carpal Tunnel and right shoulder took care of.
   c. max amount for pain, suffering, And discrimation and humilation
   d. The defendant's have caused me.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 22nd day of June, 2012.

Marry ann Myratt

Signature of plaintiff (s)

3